**L. M. CULBERSON, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 28411.**

Court of Criminal Appeals of Texas.

Oct. 17, 1956.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is driving while intoxicated; the punishment, 3 days in jail and a fine of $100.

As required by Article 827, V.A.C.C.P., the record does not reflect that a notice of appeal was given and entered of record.

In the absence thereof, this Court has no jurisdiction to entertain the appeal.

The appeal is dismissed.